McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURVINDER KAUR SIDHU, ) | CV 07-CV-F-1188 AWI SMS |
| Plaintiff, ) | |
| v. ) | |
| MICHAEL CHERTOFF, et al., ) | **STIPULATION RE: REMAND AND RESPONDENTS' ANSWER AND ORDER** |
| Defendants. ) | |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to seek de novo review of this application. On February 24, 2008, the Court denied the government's motion to dismiss for lack of jurisdiction and ordered the government to file an answer to the complaint. In the interim, the Federal Bureau of Investigations completed the processing of the background name check. U.S. Citizenship and Immigration Services is now prepared to proceed with the interview and adjudication of the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to set the interview date and complete adjudication of the case within 45 days from the date of the order of remand. In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon

as possible.

Dated: April 21, 2008                                              Respectfully Submitted,

                                                                                                      McGREGOR W. SCOTT
United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Respondents

By:    /s/ Jim Trevino
        Jim A. Trevino
        Attorney for the Petitioner

## ORDER

    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 45 days from the date of this Order.

IT IS SO ORDERED.

**Dated:   April 22, 2008**                              /s/ Anthony W. Ishii
                                                                                        UNITED STATES DISTRICT JUDGE